TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$305,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-CV-06968<br><br>PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1 |
|---|---|

    PLEASE TAKE NOTICE that plaintiff United States of America hereby files this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

    The instant <u>in</u> <u>rem</u> civil forfeiture lawsuit against the defendant currency, which seeks to forfeit the funds the government has obtained from Michael Magee's box at U.S. Private Vaults, is related to <u>Michael Magee v. United States of America, et al.</u>, Case No. 21-CV-3294-RGK-MAR.  The cases are related because they (a) arise

from the same or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.

Dated: August 30, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRANGER
Assistant United states Attorney
Chief, Criminal Division

          /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections

Attorneys for Plaintiff
UNITED STATES OF AMERICA