**Michael G. Freedman (State Bar No. 281279)**
**THE FREEDMAN FIRM PC**
**800 Wilshire Blvd., Suite 1050**
**Los Angeles, California 90017**
**Telephone: (213) 816-1700**
**Facsimile: (213) 816-1706**
**Email: Michael@thefreedmanfirm.com**

**Attorney for Claimant**
**MICHAEL MAGEE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> $305,000 in United States Currency, <br><br> Defendant. | Case No.: 2:21-CV-06968-RGK-MAR <br><br> **CLAIMANT MICHAEL MAGEE'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

    On August 30, 2021, a Verified Complaint for Forfeiture ("Complaint") was filed by the United States of America seeking the forfeiture of $305,000 in U.S. Currency ("Defendant Asset"). Pursuant to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant Michael Magee ("Claimant") submits this Verified Claim asserting an interest in the entirety of the seized Defendant Asset.

    Claimant rented a box at U.S. Private Vaults, located at 9182 Olympic Boulevard in Beverly Hills, California. Claimant is the owner of the seized U.S. Currency Defendant Asset, which was seized from the box he rented, and the source of the funds will be proven in court. As the owner of the currency,

Claimant has a legally cognizable interest in the entirety of the Defendant Asset over any and all interests asserted by the government in the Defendant Asset.

      Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits this appearance to asserting and defending his claim. Claimant reserves all right to challenge the in rem jurisdiction of this Court and the propriety of venue in this action.

      Claimant hereby claims Defendant Asset and asserts a superior right, title, and interest in the Defendant Asset.

Dated: October 13, 2021      Respectfully submitted,

      */s/ Michael G. Freedman*

      Michael G. Freedman
      Attorney for Claimant

## **VERIFICATION OF CLAIM**

I, Michael Magee, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

*Michael Magee*                                     10-10-21

Michael Magee                                            Date

VERIFIED CLAIM