NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael G. Freedman (SBN 281279)
The Freedman Firm PC
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017
(213) 816-1700
michael@thefreedmanfirm.com

CLEAR FORM

ATTORNEY(S) FOR: Claimant Michael Magee

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s),

v.

$305,000 in U.S. Currency

Defendant(s)

CASE NUMBER:

21-cv-6968-RGK-MAR

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Claimant Michael Magee
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Magee | Claimant |

10/18/2021
Date

/s/ Michael G. Freedman
Signature

Attorney of record for (or name of party appearing in pro per):

Claimant Michael Magee