TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. $305,000.00 IN U.S. CURRENCY, Defendant. MICHAEL MAGEE, Claimant. | Case No. 2:21-cv-06968-RGK-MAR <br><br> STIPULATION AND REQUEST TO STAY CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND TO TAKE JANUARY 10, 2021 SCHEDULING CONFERENCE OFF CALENDAR; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |
|---|---|

    Plaintiff United States of America ("the government") and claimant Michael Magee ("claimant"), by the signatures of their attorneys hereunder, hereby stipulate and request that this civil forfeiture case be stayed pending the conclusion of an ongoing related federal criminal investigation.  The government represents

1 that the criminal investigation and the instant civil forfeiture case
2 arise out of the same facts and will involve many of the same issues
3 of fact and law, and judicial economy will be served by staying this
4 action.
5     Pursuant to the mandatory stay provision, 18 U.S.C. § 981(g):
6         (1)  Upon the motion of the United States, the court shall
7             stay the civil forfeiture proceeding if the court
8             determines that civil discovery will adversely affect
9             the ability of the Government to conduct a related
10           criminal investigation or the prosecution of a related
11           criminal case.
12         (2)  Upon the motion of a claimant, the court shall stay
13           the civil forfeiture proceeding with respect to that
14           claimant if the court determines that -
15             (A)  the claimant is the subject of a related
16                 criminal investigation or case;
17             (B)  the claimant has standing to assert a claim
18                 in the civil forfeiture proceeding; and
19             (C)  continuation of the forfeiture proceeding
20                 will burden the right of the claimant
21                 against self-incrimination in
22                 the related investigation or case.
23     Here, the parties agree that the matter should be stayed.  The
24 government is unwilling to respond to civil discovery that would
25 result in claimant and others receiving information they are not
26 entitled to receive during the course of criminal investigations.
27 Claimant, who has filed a claim to reflect his standing in this civil
28 forfeiture action, as well as others may be unable to respond to

1  government discovery requests or provide deposition testimony under
2  oath without endangering their Fifth Amendment rights.  The parties
3  respectfully request that the Court stay this civil forfeiture action
4  until the criminal investigation is completed.  The government
5  proposes that it file reports regarding the status of the related
6  criminal investigation commencing on March 15, 2022 and every ninety
7  days thereafter to enable the Court to monitor the status of this
8  matter.  In addition, the parties request that the January 10, 2022
9  scheduling conference in this case be taken off calendar.

                                                Respectfully submitted,

Dated: December 20, 2021      TRACY L. WILKISON
                                            United States Attorney
                                            SCOTT M. GARRANGER
                                            Assistant United States Attorney
                                            Chief, Criminal Division
                                            JONATHAN GALATZAN
                                            Assistant United States Attorney
                                            Chief, Asset Forfeiture Section

                                             /s/ Victor A. Rodgers
                                            VICTOR A. RODGERS
                                            MAXWELL COLL
                                            Assistant United States Attorneys
                                            Asset Forfeiture/General Crimes
                                            Sections

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

Dated: December 20, 2021      THE FREEDMAN FIRM PC

                                            /s/ Michael G. Freedman
                                            MICHAEL G. FREEDMAN

                                            Attorneys for Claimant
                                            MICHAEL MAGEE