UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>$305,000.00 IN U.S. CURRENCY,<br><br>            Defendant.<br><br>MICHAEL MAGEE,<br><br>            Claimant. | Case No. 2:21-cv-06968-RGK-MAR<br><br>[PROPOSED] ORDER STAYING CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND TAKING JANUARY 10, 2021 SCHEDULING CONFERENCE OFF CALENDAR |

Pursuant to the stipulation and request of the parties, 18 U.S.C. § 981(g), and good cause appearing therefor, IT IS ORDERED that this matter shall be, and hereby is stayed pending the conclusion of the related criminal investigation.  In order to allow the Court to monitor the status of this matter, the government shall file a status report by March 15, 2022, and every ninety (90) days thereafter, concerning the progress of the related criminal

investigation.  The scheduling conference set for January 10, 2022 at 9:00 a.m. in this civil forfeiture case is taken off calendar.

Dated: _____        _____
                                  THE HONORABLE R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


      /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections

Attorneys for Plaintiff
UNITED STATES OF AMERICA