**Michael G. Freedman (State Bar No. 281279)**
**THE FREEDMAN FIRM PC**
**800 Wilshire Blvd., Suite 1050**
**Los Angeles, California  90017**
**Telephone: (213) 816-1700**
**Facsimile: (213) 816-1706**
**Email: Michael@thefreedmanfirm.com**

**Attorney for Claimant**
**MICHAEL MAGEE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$305,000 in United States Currency,<br><br>Defendant. | Case No.: 2:21-CV-06968-RGK-MAR<br><br>**CLAIMANT MICHAEL MAGEE'S NOTICE OF WITHDRAWAL OF STIPULATION TO STAY CASE AND TO TAKE JANUARY 10, 2021 SCHEDULING CONFERENCE OFF CALENDAR** |

Claimant Michael Magee ("Claimant"), by and through his counsel of record, Michael G. Freedman, hereby provides notice that he withdraws from the stipulation and request filed on December 21, 2021 (Dkt. No. 21) to stay the civil forfeiture action pending conclusion of related criminal investigation and to take January 10, 2022 scheduling conference off calendar.  Claimant seeks to proceed with the civil forfeiture action, including going forward with the January 10, 2022 scheduling conference.  Claimant has met and conferred with the government regarding his position and has informed the government that he will oppose a

1

MICHAEL MAGEE'S NOTICE OF WITHDRAWAL OF STIPULATION

motion by the government to stay the case, and the parties will file their Joint Report ahead of the January 10, 2022 scheduling conference.

Dated: December 29, 2021

Respectfully submitted,

*/s/ Michael G. Freedman*

Michael G. Freedman
Attorney for Claimant

2
MICHAEL MAGEE'S NOTICE OF WITHDRAWAL OF STIPULATION