IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 21-6968-RGK-MAR |
| | ) | |
| $305,000.00 U.S. Currency, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 06, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the notice on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2021, at Los Angeles, CA.

*Mariah Moseley*

Mariah Moseley
Records Examiner

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CV 21-6968; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$305,000.00 U.S. Currency from Box #4303 (21-FBI-003180) which was seized from U.S. Private Vault Box #4303 on March 22, 2021 at 9182 West Olympic Boulevard, located in Beverly Hills, CA

The custodian of the property is the United States Marshals Service located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (September 06, 2021) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA 90012, and copies of each served upon Assistant United States Attorney Victor Rodgers, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012, or default and forfeiture will be ordered. *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Victor Rodgers, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Attachment 2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 6, 2021 and October 05, 2021.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $305,000.00 U.S. Currency

**Court Case No:** CV 21-6968
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/06/2021 | 23.9 | Verified |
| 2 | 09/07/2021 | 23.9 | Verified |
| 3 | 09/08/2021 | 23.9 | Verified |
| 4 | 09/09/2021 | 23.9 | Verified |
| 5 | 09/10/2021 | 23.9 | Verified |
| 6 | 09/11/2021 | 23.9 | Verified |
| 7 | 09/12/2021 | 23.9 | Verified |
| 8 | 09/13/2021 | 23.9 | Verified |
| 9 | 09/14/2021 | 23.8 | Verified |
| 10 | 09/15/2021 | 23.9 | Verified |
| 11 | 09/16/2021 | 23.9 | Verified |
| 12 | 09/17/2021 | 23.9 | Verified |
| 13 | 09/18/2021 | 23.9 | Verified |
| 14 | 09/19/2021 | 23.9 | Verified |
| 15 | 09/20/2021 | 23.9 | Verified |
| 16 | 09/21/2021 | 23.9 | Verified |
| 17 | 09/22/2021 | 23.9 | Verified |
| 18 | 09/23/2021 | 23.9 | Verified |
| 19 | 09/24/2021 | 23.9 | Verified |
| 20 | 09/25/2021 | 23.8 | Verified |
| 21 | 09/26/2021 | 23.9 | Verified |
| 22 | 09/27/2021 | 23.9 | Verified |
| 23 | 09/28/2021 | 23.9 | Verified |
| 24 | 09/29/2021 | 23.9 | Verified |
| 25 | 09/30/2021 | 23.9 | Verified |
| 26 | 10/01/2021 | 23.9 | Verified |
| 27 | 10/02/2021 | 23.9 | Verified |
| 28 | 10/03/2021 | 23.9 | Verified |
| 29 | 10/04/2021 | 23.8 | Verified |
| 30 | 10/05/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.