TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$305,000.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>MICHAEL MAGEE,<br><br>        Claimant. | Case No. 2:21-cv-06968-RGK-MAR<br><br>JOINT RULE 26 REPORT<br><br>Sch. Conf. Date: January 10, 2022<br>Time:           9:00 a.m. |

    Pursuant to Federal Rules of Civil Procedure 16 and 26(f), counsel for plaintiff United States of America ("the government") and claimant Michael Magee ("claimant") hereby report as follows. The Scheduling Conference is set for January 10, 2021 at 9:00 a.m.

A. <u>Statement of the Case</u>

The government has filed an <u>in rem</u> civil forfeiture case against the defendant currency alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) and (C) on grounds that the funds represent proceeds of or were used to facilitate narcotic trafficking or were involved in money laundering transactions. The complaint alleges that the funds were seized from a box at US Private Vaults on or about March 20, 2021, and that the government executed a federal search warrant at claimant's residence on or about July 15, 2021. Claimant has filed a claim to the defendant currency and an answer to the complaint, and claimant denies that the defendant currency is subject to forfeiture.

B. <u>Discovery Limits and Discovery Planning, Rule 26(f)(1)-26(f)(4)</u>

The government intends shortly to file a motion to stay this action, pursuant to the 18 U.S.C. § 981(g)(1)'s mandatory stay provision on the ground that discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation against claimant. Subject to that caveat and the impact that a stay will have on this case, the parties note they do not feel it necessary to change the timing, form or requirement for disclosures under Fed. R. Civ. P. 26(a). Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(ii), this civil forfeiture case is exempt from the Fed. R. Civ. P. 26(a)(1) initial disclosure requirements. The subjects on which discovery may be needed are whether the defendant currency is subject to forfeiture. In addition, the parties are not aware of any issues about electronically stored information, claims of privilege or of claims regarding the need to protect particular items as trial-

preparation materials.  Both parties intend to proceed with discovery, which may include interrogatories, document request and depositions, as warranted in this case.

    C.   Proposed Law and Motion Matters

    The government will file a motion to stay this case, as mentioned above.  Subject to that caveat, and depending upon the evidence, the government and claimant may file motions for summary judgment and claimant may file a suppression motion and a motion to dismiss.

    D.   Principal Issues In The Case

    The principal issues in this case is whether the defendant currency is subject to forfeiture and whether claimant has any defenses to forfeiture.

    E.   Proposed Schedule Of Pretrial Dates

    The parties suggest the following pretrial dates:

       A last day to amend the complaint or add parties of February 14, 2022.

       A discovery cutoff date of September 6, 2022.

       A motion hearing cutoff date (last date to file) of September 20, 2022.

       A pretrial conference date of October 18, 2022.

       A jury trial date on Tuesday, November 2, 2022.

The parties estimate that the trial of this matter will take 3-4 court days.

    F.   Settlement

    The parties are amenable to engaging in settlement negotiations as this case progresses.  The parties propose that this case be referred to the Magistrate Judge assigned to this case, for purposes of settlement.

G. **Likelihood Of Appearance Of Additional Parties**

Neither the government nor claimant anticipate the appearance of additional parties.

H. **Complex Case**

The parties agree that this case is not sufficiently complex as to require the utilization of the Manual for Complex Litigation.

I. **Other Issues**

None.

```
                                        Respectfully submitted,

Dated: January 3, 2022                  TRACY L. WILKISON
                                        United States Attorney
                                        SCOTT M. GARRANGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        JONATHAN GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section


                                         /s/ Victor A. Rodgers
                                        VICTOR A. RODGERS
                                        MAXWELL COLL
                                        Assistant United States Attorneys
                                        Asset Forfeiture/General Crimes
                                        Sections

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

Dated: January 3, 2022                  THE FREEDMAN FIRM PC


                                          /s/ Michael G. Freedman
                                        MICHAEL G. FREEDMAN

                                        Attorneys for Claimant
                                        MICHAEL MAGEE
```

4