**DECLARATION OF VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the Assistant United States Attorneys representing plaintiff United States of America in this action.

2. I held a conference of counsel with claimant's counsel on December 29, 2021, regarding the government's motion to stay this action. We have not been able to resolve our differences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 13, 2022.

                                                /s/
                                AUSA VICTOR A. RODGERS