**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-06968-RGK-MAR |
| v. | |
| $305,000.00 in U.S. Currency | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 02/01/2022 | / | 31 | / | Opposition |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |
| | / | | / | |
| Date Filed | | Doc. No. | | Title of Document |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other: Document contains single-spaced text. LR 11-3.6. Counsel may properly refile the document by 3:00 pm on February 2, 2022.

Dated: February 2, 2022

By: *Gary Klausner*

U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)