# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-6968-RGK-MAR |
| v. | |
| $305,000.00 in U.S. CURRENCY, | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Michael Magee     ☐ Plaintiff  ☐ Defendant  ☒ Other  Claimant
*Name of Party*

to substitute  Eric Honig                                                                                         who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

P.O. Box 10327
*Street Address*

Marina del Rey, CA 90205                                    erichonig@aol.com
*City, State, Zip*                                                              *E-Mail Address*

310-699-8051                           310-943-2220                           140765
*Telephone Number*                  *Fax Number*                         *State Bar Number*

as attorney of record instead of  Michael G. Freedman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                              _____
                                                                                    U. S. District Judge/U. S. Magistrate Judge

G–01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY