# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff(s)<br><br>　　　v.<br><br>$305,000.00 in U.S. CURRENCY,<br><br>　　　　　　　　　Defendant(s) | CASE NUMBER<br><br>2:21-CV-6968-RGK-MAR<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [41] |

The Court hereby orders that the request of:

__Michael Magee__　　☐ Plaintiff　☐ Defendant　☒ Other　Claimant
*Name of Party*

to substitute __Eric Honig__ who is

☒ Retained Counsel　☐ Counsel appointed by the Court (Criminal cases only)　☐ Pro Se

P.O. Box 10327
*Street Address*

Marina del Rey, CA 90205　　　　　erichonig@aol.com
*City, State, Zip*　　　　　　　　　　*E-Mail Address*

310-699-8051　　　310-943-2220　　　140765
*Telephone Number*　*Fax Number*　　*State Bar Number*

as attorney of record instead of __Michael G. Freedman__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**　☒ GRANTED　☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated　May 13, 2022

　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　U. S. District Judge/~~U.S. Magistrate Judge~~