TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06968-RGK-MAR |
|---|---|
| Plaintiff, | **PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |
| v. | |
| $305,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| MICHAEL MAGEE, | |
| Claimant. | |

/ / /

/ / /

/ / /

Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation.  Docket No. 42. The Court's order instructed the government to file reports every ninety (90) days, commencing June 6, 2022, regarding the status of the criminal investigation.  Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal investigation.

The related federal criminal investigation is ongoing.  Pursuant to the Court's Order filed March 8, 2022, the government will submit its next status report within 90 days of the filing of this status report (<u>i.e.</u>, by September 6, 2022).

Dated: June 6, 2022                      Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA