Victor Sherman, Esq. (SBN: 38483)
Law Offices of Victor Sherman
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA  90064
Tel: 424-371-5930
Fax: 310-392-9029
Email: victor@victorsherman.law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>$305,000.00 IN US CURRENCY<br><br>Defendant(s). | CASE NUMBER: 21-CV-06968-RGK<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

<u>MICHAEL MAGEE</u>     ☐ Plaintiff  X Defendant     ☐ Other _____
*Name of Party*

to substitute <u>VICTOR SHERMAN</u> who is

■ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

<u>11400 W. Olympic Blvd. Suite 1500</u>
*Street Address*

<u>Los Angeles, CA  90064</u>                           <u>victor@victorsherman.law</u>
*City, State, Zip*                                    *E-Mail Address*

<u>424-371-5930</u>          <u>310-392-9029</u>          <u>38483</u>
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of <u>David B. Smith</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)  **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**