Victor Sherman, Esq. (SBN: 38483)
Law Offices of Victor Sherman
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA  90064
Tel: 424-371-5930
Fax: 310-392-9029
Email: victor@victorsherman.law

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>ONE 2021 CHEVROLET SILVERADO, ET AL.<br>Defendant(s). | CASE NUMBER:<br>22-CV-00004-FWS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

MICHAEL MAGEE   ☐ Plaintiff  X Defendant   ☐ Other _____
*Name of Party*

to substitute   VICTOR SHERMAN   who is

■ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

11400 W. Olympic Blvd. Suite 1500
*Street Address*

Los Angeles, CA  90064                            victor@victorsherman.law
*City, State, Zip*                                  *E-Mail Address*

424-371-5930            310-392-9029            38483
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of   David B. Smith
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                                 _____
                                             U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**