# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-06968-RGK-MAR |
| v. | |
| $305,000.00 IN U.S. CURRENCY | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [43] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Smith, David B.** of **David B. Smith, PLLC**
*Applicant's Name (Last Name, First Name & Middle Initial)*   108 North Alfred Street, 1st FL
**703-548-8911**   **703-548-8935**   Alexandria, VA 22314
*Telephone Number*   *Fax Number*

**dbs@davidbsmithpllc.com**
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Michael Magee**

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☐ Defendant(s)   ☒ Other: **claimant**

and designating as Local Counsel

**Honig, Eric** of **Law Office of Eric Honig**
*Designee's Name (Last Name, First Name & Middle Initial)*   P.O. Box 10327
**140765**   **310-699-8051**   **310-943-2220**   Marina del Rey, CA 90295
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

**erichonig@aol.com**
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated **6/17/2022**   _____
   U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1