VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone:  (424) 371-5930
Facsimile:   (310) 392-9029
Email: victor@victorsherman.law

Attorney for Claimant
MICHAEL MAGEE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$305,000 IN U.S. CURRENCY<br><br>　　　　Defendant.<br>_____<br>Michael Magee<br><br>　　　　Claimant.<br>_____ | Case No.: 21-CV-06968-RGK<br><br>NOTICE OF ERRATA |

　　　PLEASE TAKE NOTICE that the defendant's Request for Approval of Substitution or Withdrawal of Counsel (G-01) for claimant Michael Magee, filed on June 17, 2022, Docket No.: 47, was erroneously filed under the wrong case number.  Please remove document Number 47 from the docket as a new one will be filed, under the correct case number.

DATED: June 22, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Victor Sherman
　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　　VICTOR SHERMAN
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　MICHAEL MAGEE