Victor Sherman, Esq. (SBN: 38483)

Law Offices of Victor Sherman

11400 W. Olympic Blvd., Suite 1500

Los Angeles, CA  90064

Tel: 424-371-5930

Fax: 310-392-9029

Email: victor@victorsherman.law

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff(s) <br><br> v. <br><br> $305,000.00 in U.S. CURRENCY <br><br> Defendant(s). | CASE NUMBER: <br> 21-CV-06968-RGK <br><br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>MICHAEL MAGEE</u>          ☐ Plaintiff ☐ Defendant ■ Other  <u>CLAIMANT</u>
        *Name of Party*

to substitute   <u>VICTOR SHERMAN</u>                                   who is

        ■ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)        ☐ Pro Se

<u>        11400 W. Olympic Blvd. Suite 1500                        </u>
                                *Street Address*

<u>        Los Angeles, CA  90064        </u>                    <u>victor@victorsherman.law</u>
                *City, State, Zip*                                        *E-Mail Address*

<u>        424-371-5930        </u>        <u>        310-392-9029        </u>        <u>        38483        </u>
        *Telephone Number*                        *Fax Number*                        *State Bar Number*

as attorney of record instead of   <u>        Eric Honig        </u>
                                *List **all** attorneys from same firm or agency who are withdrawing*

**is hereby        ☐ GRANTED        ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   _____        _____
                                                U. S. District Judge/U.S. Magistrate Judge