Victor Sherman, Esq. (SBN: 38483)
Law Offices of Victor Sherman
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA  90064
Tel: 424-371-5930
Fax: 310-392-9029
Email: victor@victorsherman.law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>$305,000.00 IN US CURRENCY<br><br>Defendant(s). | CASE NUMBER:<br>21-CV-06968-RGK<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  [46] |
|---|---|

The Court hereby orders that the request of:

MICHAEL MAGEE          ☐ Plaintiff  X Defendant   ☐ Other _____
*Name of Party*

to substitute   VICTOR SHERMAN   who is

■ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

11400 W. Olympic Blvd. Suite 1500
*Street Address*

Los Angeles, CA  90064                                     victor@victorsherman.law
*City, State, Zip*                                              *E-Mail Address*

424-371-5930                310-392-9029                  38483
*Telephone Number*           *Fax Number*                   *State Bar Number*

as attorney of record instead of     David B. Smith
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby       ☒ GRANTED        ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   June 23, 2022                              */s/ Gary Klausner/*
                                                   U. S. District Judge ~~U.S. Magistrate Judge~~