Victor Sherman, Esq. (SBN: 38483)
Law Offices of Victor Sherman
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA  90064
Tel: 424-371-5930
Fax: 310-392-9029
Email: victor@victorsherman.law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>Plaintiff(s)<br><br>v.<br><br>$305,000.00 in U.S. CURRENCY<br>Defendant(s). | CASE NUMBER:<br>21-CV-06968-RGK<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY **[50]** |
|---|---|

The Court hereby orders that the request of:

<u>MICHAEL MAGEE</u>      ☐ Plaintiff  ☐ Defendant  ■ Other  <u>CLAIMANT</u>
*Name of Party*

to substitute <u>VICTOR SHERMAN</u> who is

■ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

<u>11400 W. Olympic Blvd. Suite 1500</u>
*Street Address*

<u>Los Angeles, CA  90064</u>                              <u>victor@victorsherman.law</u>
*City, State, Zip*                                        *E-Mail Address*

<u>424-371-5930</u>          <u>310-392-9029</u>          <u>38483</u>
*Telephone Number*         *Fax Number*           *State Bar Number*

as attorney of record instead of         <u>Eric Honig</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  <u>June 23, 2022</u>                                *[signature]*
                                                U. S. District Judge ~~U.S. Magistrate Judge~~