E. MARTIN ESTRADA, United States Attorney
VICTOR A. RODGERS, Assistant United States Attorney
California Bar No. 101281
312 N. Spring Street, 14th Floor, Los Angeles, CA 90012
Telephone: (213) 894-2569; Facsimile: (213) 894-0142

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-06968-RGK-MAR |
| v. | |
| $305,000.00 IN U.S. CURRENCY, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Non-Public Declaration Submitted in Camera and Under Seal in Support of Plaintiff United States of America's Status Report Regarding The Ongoing Related Federal Criminal Investigation [Submitted in Camera Pursuant to Court's Order Filed March 6, 2023 as Docket No. 61]

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 7, 2023
Date

Victor A. Rodgers
Attorney Name

United States of America
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING