**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, Plaintiff(s)<br><br>v.<br><br>$305,000.00 in U.S. CURRENCY, Defendant(s). | CASE NUMBER<br><br>2:21-CV-6968-RGK-MAR |
|---|---|
| | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Michael Magee__   ☐ Plaintiff   ☐ Defendant   x Other __Claimant__
*Name of Party*

to substitute   __Eric Honig__   who is

X   Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__P.O. Box 10327__
*Street Address*

__Marina del Rey, CA 90295__                __erichonig@aol.com__
*City, State, Zip*                           *E-Mail Address*

__310-669-8051__         __310-943-2220__         __140765__
*Telephone Number*        *Fax Number*             *State Bar Number*

as attorney of record instead of   __Victor Sherman__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____           _____
                                        U. S. District Judge/U.S. Magistrate Judge