# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-6968-RGK-MAR |
| v. | |
| $305,000.00 in U.S. CURRENCY, | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY   [64] |
| Defendant(s). | |

The Court hereby orders that the request of:

__Michael Magee__   ☐ Plaintiff   ☐ Defendant   x Other   __Claimant__
Name of Party

to substitute   __Eric Honig__   who is

X  Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__P.O. Box 10327__
Street Address

__Marina del Rey, CA 90295__            __erichonig@aol.com__
City, State, Zip                          E Mail Address

__310-669-8051__        __310-943-2220__        __140765__
Telephone Number        Fax Number              State Bar Number

as attorney of record instead of __Victor Sherman__
List **all** attorneys from same firm or agency who are withdrawing.

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __4/10/2023__            *Gary Klausner* (signature)
                               U. S. District Judge/~~U.S. Magistrate Judge~~