# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06968-RGK-MAR | Date | September 7, 2023 |
|---|---|---|---|
| Title | *United States of America v. $305,000.00 in U.S. Currency* | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

Not Present              Not Present

**Proceedings:**     **(IN CHAMBERS) Order Re: Ongoing Stay**

This civil forfeiture action, filed on August 30, 2021, involves property seized by law enforcement officers on March 20, 2021. On January 14, 2022, the government filed a Motion to Stay the case in light of the related and ongoing criminal investigation. (ECF No. 28.) The Court granted the Motion and ordered the government to file a status report regarding its investigation every 90 days. (Order Granting Stay at 4, ECF No. 39.) The government filed its most recent status report on September 5, 2023. (ECF No. 72.)

Based on the in camera declaration filed with the status report, it appears there has been little new activity in the criminal investigation in the previous 90 days. It has now been more than two years since the government seized the property at issue. Despite its lengthy investigation, the government has yet to file a criminal case. Accordingly, **the stay in this case will be lifted** on Monday, December 4, 2023 unless a criminal case is filed.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |