JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$305,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | Case No. 2:21-cv-06968-RGK-MAR<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)<br><br>[84] |
| MICHAEL MAGEE,<br><br>　　　　Claimant. | |

　　　Pursuant to the stipulation and request of Plaintiff United States of America and claimant Michael Magee ("the Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED that this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  The government shall return the defendant currency to claimant in the manner set forth in the Stipulation.

/ / /

/ / /

/ / /

The parties shall bear their own costs and attorney fees, whether pursuant to 28 U.S.C. § 2465 or otherwise.

Dated: 2/9/2024

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and
Recovery Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA


LAW OFFICES OF ERIC HONIG APLC
DAVID B. SMITH PLLC


 /s/ Eric Honig
ERIC HONIG

Attorneys for Claimant
MICHAEL MAGEE

2